OLIVE TUFTS, as Administratrix of the Estate of WILLIAM J. EMERICK, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.—

Judgment and order affirmed, with costs. All concur, except Larkin, J., who dissents and votes for reversal and for granting a new trial. (The judgment determines a release is not valid in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.